# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

GLENN A. COON,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

NO. CV-05-0339-MWL

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**.

Plaintiff's Motion for Summary Judgment is **DENIED**.

Judgment is entered for Defendant.

**FILE CLOSED.**

**DATED** this 8th day of November, 2006.

                **JAMES R. LARSEN**
                **District Court Executive/Clerk**

                s/ Alma R. Gonzalez

        by: _____
            ALMA R. GONZALEZ
            Deputy Clerk

cc: all counsel